# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CAROL OLIVERIO |
| **Case Number:** | 2:08-BK-04255-CGC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 05, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

### Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 2839 W. MORTEN AVE., PHOENIX, AZ 85051 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF NATIONAL CITY MORTGAGE CO., C/O MARK S. BOSCO.

R / M #: 29 / 0

### Appearances:

GARY R. STICKELL, ATTORNEY FOR CAROL OLIVERIO
LEONARD MCDONALD. ATTORNEY FOR NATIONAL CITY MORTGAGE

### Proceedings:

Mr. McDonald advises he will lodge a Stipulation for a 6 month cure.

COURT:  THE COURT WILL SIGN THE STIPULATED ORDER WHEN SUBMITTED.